```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION


JOHN CALVIN BURWELL                                    PLAINTIFF


VS.                          CIVIL ACTION NO. 3:14CV193TSL-JMR

RANKIN COUNTY, MISSISSIPPI;
DEPUTY SHERIFF CHRIS AINSWORTH; AND
JOHN DOES 1-10                                        DEFENDANTS
```

## ORDER

By order entered September 12, 2014, the court denied a motion by defendants Rankin County, Mississippi and Rankin County Deputy Sheriff Chris Ainsworth to dismiss for insufficiency of service of process pursuant to Federal Rule of Civil Procedure 12(b)(5). In its ruling, the court found that plaintiff John Calvin Burwell had failed to timely and properly effect service of process on defendants but further found that plaintiff should be given another opportunity to properly serve defendants. Specifically, the court stated the following:

> [G]iven that plaintiff is proceeding *pro se* and has made efforts to serve defendants within the 120-day period for service of process, the court, in its discretion, will grant plaintiff an extension of time until September 30, 2014, in which to request that the Clerk of the Court reissue summons and to then properly serve on each defendant the summons and a copy of the complaint.

This cause is now before the court on a supplemental motion of defendants to dismiss pursuant to Rule 12(b)(5) for the reason that plaintiff failed to timely serve process as permitted by

the court's September 12, 2014 order.  Plaintiff has not responded to defendants' motion and the time for responding has now expired.  For the reasons set forth in defendants' motion, the court concludes that the motion to dismiss should be granted.

Accordingly, it is ordered that plaintiff's complaint in this cause is dismissed without prejudice.

SO ORDERED this 13th day of January, 2015.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE